UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ENID PEREZ FIGUEROA,

    Plaintiff,

    v.

MARIO A. TORRES RIVERA, et al.,

    Defendants.

Civil No. 98-1942 (JAF)

## J U D G M E N T

The parties' "Joint Stipulation and Request for Entry of Judgment," filed on September 30, 1999, <u>Docket Document No. 7</u>, is **APPROVED.** Judgment is entered in favor of plaintiff and against defendants in the amount of $100,000.00. All other terms of the joint stipulation are incorporated herein by reference as if set forth *in extenso.*

San Juan, Puerto Rico, this 30th day of September, 1999.

JOSE ANTONIO FUSTE
U.S. District Judge

2
AO 72
(Rev 8/82)

